SUSIE L. VAN ALSTINE et al., as Administrators of the Estate of ORSON A. VAN ALSTINE, Deceased, Respondents, *v.* STANDARD LIGHT, HEAT AND POWER COMPANY OF UNADILLA, Appellant.

*Van Alstine* v. *Standard Light, H. & P. Co.*, 137 App. Div. 935, affirmed. (Argued January 24, 1911; decided February 7, 1911.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered March 15, 1910, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for the death of plaintiff's intestate alleged to have been occasioned by the defendant's negligence.

*Edward P. Mowton* for appellant.

*William F. Van Cleve* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT. WILLARD BARTLETT, HISCOCK and CHASE, JJ. Absent: VANN, J.